## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PRESTON GRIMES,

        Petitioner,

      v.

MIKE WENEROWICZ, et al.,

        Defendants.

:
:
:
:
:
:
:
:
:
:

3:13-CV-01122
(JUDGE MARIANI)

FILED
SCRANTON

NOV - 1 2013

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 1ST DAY OF NOVEMBER, 2013**, upon *de novo* review of

Magistrate Judge Blewitt's Report and Recommendation (Doc. 9), Petitioner's Objections

thereto (Doc. 10), and all other pertinent filings (Docs. 1, 7, 8) **IT IS HEREBY ORDERED**

**THAT**:

1. The Report and Recommendation (Doc. 9) is **ADOPTED**, for the reasons set

    forth therein.

2. Petitioner's Objections (Doc. 10) are **OVERRULED**.

3. The Petition (Doc. 1) is **DENIED** with prejudice.

4. A Certificate of Appealability shall **NOT ISSUE**.

5. The Clerk of Court is directed to **CLOSE THE CASE**.

Robert D. Mariani
United States District Judge